UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHGIAN
SOUTHERN DIVISION

| | |
|---|---|
| ABDULMOKNE GHALEB, | Case No. 2: 13-CV-13822 |
| | Hon. Linda V. Parker |
| Plaintiff, | Mag. Mona K. Majzoub |
| v. | |
| AMERICAN STEAMSHIP CO., | |
| Defendant. | |

| | |
|---|---|
| D. BRUCE BEATON (P32704) | PAUL D. GALEA (P29250) |
| Attorney for Plaintiff | Gallagher Sharp |
| 137 S. Water Street | Attorney for Defendant |
| Marine City, MI  48039 | 211 West Fort Street, Suite 660 |
| (810) 765-3333 | Detroit, MI  48226 |
| dbb@dbbeatonlaw.com | (313) 962-9160 / 9167 fax |
| | pgalea@gallaghersharp.com |

### **STIPULATION AND ORDER TO ADJOURN SCHEDULING ORDER**

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the Court's Scheduling Order of July 15, 2014 shall be amended as follows:

| | |
|---|---|
| Motions *in Limine*: | May 4, 2015 |
| Final Pretrial Conference: | May 28, 2015 at 11:00 a.m. |
| Trial Date: | June 15, 2015 at 9:00 a.m. |

The requested adjournment is to allow time for the parties to submit the case to a second Mediation.

SO STIPULATED:

| | |
|---|---|
| */s/ D. Bruce Beaton w/consent* __ <br> D. BRUCE BEATON (P32704) <br> **Attorney for Plaintiff** <br> 137 S. Water Street <br> Marine City, MI  48039 <br> (810) 765-3333 <br> dbb@dbbeatonlaw.com | */s/ Paul D. Galea* __ <br> PAUL D. GALEA (P29250) <br> GALLAGHER SHARP <br> **Attorney for Defendant American Steamship Company** <br> 211 West Fort Street <br> Suite 660 <br> Detroit, MI 48226 <br> (313) 962-9160 <br> pgalea@gallaghersharp.com |


UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHGIAN
SOUTHERN DIVISION

ABDULMOKNE GHALEB,                    Case No. 2: 13-CV-13822
                                      Hon. Linda V. Parker
         Plaintiff,                   Mag. Mona K. Majzoub

v.

AMERICAN STEAMSHIP CO.,

         Defendant.

---

D. BRUCE BEATON (P32704)        PAUL D. GALEA (P29250)
Attorney for Plaintiff          Gallagher Sharp
137 S. Water Street             Attorney for Defendant
Marine City, MI  48039          211 West Fort Street, Suite 660
(810) 765-3333                  Detroit, MI  48226
dbb@dbbeatonlaw.com             (313) 962-9160 / 9167 fax
                                pgalea@gallaghersharp.com

---

## ORDER AMENDING SCHEDULING ORDER

Pursuant to the parties' stipulation, it is **ORDERED** that the new scheduling dates are as follows:

   Motions *in Limine*:          May 4, 2015

   Final Pretrial Conference:    May 28, 2015 at 11:00 a.m.

   Trial Date:                   June 15, 2015 at 9:00 a.m.

                                 s/ Linda V. Parker
                                 United States District Judge

Dated: January 9, 2015